

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**STANLEY CHAPMAN, JR.**

INDICTMENT

NO. 1:15-CR-15-GNS
21 U.S.C. § 841(c)(1)
21 U.S.C. § 853
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)(1)

The Grand Jury charges:

## COUNT 1

On or about June 10, 2010, in the Western District of Kentucky, Barren County, Kentucky, **STANLEY CHAPMAN, JR.**, defendant herein, knowingly and intentionally possessed a listed chemical, pseudoephedrine, with intent to manufacture methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Section 841(c)(1).

The Grand Jury further charges:

## COUNT 2

On or about June 10, 2010, in the Western District of Kentucky, Barren County, Kentucky, **STANLEY CHAPMAN, JR.**, defendant herein, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, carried a firearm, that is, a Ruger 9 millimeter semi-automatic pistol bearing serial number 305-50312, a Beretta 9 millimeter semi-automatic pistol bearing serial number BER324319, a Mossberg 12

gauge shotgun bearing serial number MV71508-F, and a Hi-Point .40 caliber rifle bearing serial number H04167.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 3

On or about June 10, 2010, in the Western District of Kentucky, Barren County, Kentucky, **STANLEY CHAPMAN, JR.**, defendant herein, being a person who was previously convicted in a court of the United States, in case number 1:05CR-5-M, of the crimes of attempting to manufacture methamphetamine and carrying a firearm during and in relation to a federal drug trafficking crime, both punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger 9 millimeter semi-automatic pistol bearing serial number 305-50312, a Beretta 9 millimeter semi-automatic pistol bearing serial number BER324319, a Mossberg 12 gauge shotgun bearing serial number MV71508-F, and a Hi-Point .40 caliber rifle bearing serial number H04167.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

NOTICE OF FORFEITURE

If convicted of Count 1 of this Indictment, **STANLEY CHAPMAN, JR.**, defendant herein, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, pursuant to Title 21, United States Code, Section 853, and if convicted of either Count 2 or Count 3 of this

Indictment, shall forfeit to the United States the firearms described in those counts, pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

_____
JOHN E. KUHN, JR.
ACTING UNITED STATES ATTORNEY

JEK:LF:6/4/15

UNITED STATES OF AMERICA v. **STANLEY CHAPMAN, JR.**

## PENALTIES

Count 1: NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
Count 2: NL 25 yrs. consecutive/$250,000/both/NM 5 yrs. Supervised Release
Count 3: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made **payable to the Clerk, U.S. District Court** and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.



FORM DBD-34
JUN.85

No. 1:15-CR-15-GNS

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA
vs.

STANLEY CHAPMAN, JR.

## INDICTMENT

Title 21 U.S.C. § 841(c)(1);
Title 18 U.S.C. § 924(c)(1)(A);
Title 18 U.S.C. § 922(g)(1) and 924(a)(2):
Possession of a listed chemical with intent to manufacture methamphetamine;
Possession of firearms during and in relation to a drug trafficking crime;
Felon in possession of firearms.

*A true bill*

_____ *person*

*Filed in open court this 10 day, of June, 2015.*

_____ *Clerk*

*Bail, $*